Abida Khan Pro Per
4200 Paradise Road, #3072
Las Vegas, NV 89169
858 869 3677

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

| | |
|---|---|
| COR CLEARING, LLC, a limited Plaintiff, <br> WILSON-DAVIS & CO; a Utah Company Plaintiff –Intervenor <br> _____ <br><br> SHEIK FIRDOSH KHAN AKA ABIDA KHAN, an individual, <br> TW RUBAN, INC., a corporation; KENNETH WISE AKA TED WISE, an individual; and DOES 1 through 10, <br><br> Defendants. | Case No 5 : 15 -CV-02299- JGB-KK <br><br> ANSWER |

I, Abida Khan decline to ANSWER because I am currently under indictment in U.S v. Durante et al, 15 Cr. 171 (ALC) and INVOKE MY FIFTH AMENDMENT RIGHTS.

June 13, 2016

By Abida Khan
Pro Se

1

Abida Khan Pro Per
4200 Paradise Road, #3072
Las Vegas, NV 89169
858 869 3677

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

| | |
|---|---|
| COR CLEARING, LLC, a limited Plaintiff, <br> WILSON-DAVIS & CO; a Utah Company Plaintiff –Intervenor <br><br> SHEIK FIRDOSH KHAN AKA ABIDA ) KHAN, an individual, TW RUBAN, INC., a corporation; KENNETH WISE AKA TED WISE, an individual; and DOES 1 through 10, <br><br> Defendants. | Case No 5 : 15 -CV-02299- JGB-KK <br><br><br> ANSWER |

I, Abida Khan decline to ANSWER because I am currently under indictment in U.S v. Durante et al, 15 Cr. 171 (ALC) and INVOKE MY FIFTH AMENDMENT RIGHTS.

June 13, 2016

By Abida Khan
Pro Se

*Abida Khan* (signature)

1

ABIDA KHAN
4200 Paradise RD APT 3072
LAS VEGAS 89169

JGB

KK

UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
U.S. COURTHOUSE ROOM G8
LOS ANGELES, CALIFORNIA 90012

LAS VEGAS NV 890
25 JUN 2016 PM 2 L

CLERK, U.S. DISTRICT COURT
MAY 27 2016
CENTRAL DISTRICT OF CALIFORNIA
BY ___